IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GLOBAL SOURCING LLC,**<br>    Plaintiff, | CIVIL ACTION |
| v. | |
| **DBDK INTERNATIONAL, LLC, DANIEL KOREN, BENJAMIN KOREN AND DANIEL ROUBENI,**<br>    Defendant. | NO. 17-325 |

# O R D E R

**AND NOW**, this 5th day of February, 2018 upon consideration of Defendants' Motion for Partial Summary Judgment (ECF Nos. 23 & 24), Plaintiff's Response in Opposition (ECF Nos. 27 & 28), and Defendants' Reply thereto (ECF Nos. 29 & 31), **IT IS HEREBY ORDERED** that:

(1) Defendants' Motion for Summary Judgment on Count One (fraudulent inducement) is **GRANTED**. Count One is **DISMISSED** with prejudice.

(2) Defendants' Motion for Summary Judgment on Count Two (negligent misrepresentation) is **GRANTED**. Count Two is **DISMISSED** with prejudice.

(3) Defendants' Motion for Summary Judgment on Count Five (breach of contract) is **DENIED.**

(4) Defendants' Motion for Summary Judgment on Count Six (unjust enrichment) is **GRANTED**. Count Six is **DISMISSED** with prejudice.

(5) Defendants' Motion for Summary Judgment on Count Seven (quantum meruit) is **GRANTED**. Count Seven is **DISMISSED** with prejudice.

                                        BY THE COURT:

                                        /s/Wendy Beetlestone, J.


                                        _____
                                        **WENDY BEETLESTONE, J.**